No. 74–841. PORTER ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 74–870. LAWSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–871. NEW JERSEY CHAPTER, INC. OF THE AMERICAN PHYSICAL THERAPY ASSN., INC. *v.* WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 74–899. LEFAIVRE ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–907. KEYSER, DBA KEYSER TOWING CO., ET AL. *v.* DUNLOP, SECRETARY OF LABOR. C. A. 9th Cir. Certiorari denied.

No. 74–968. BARRERA *v.* ROSCOE, SNYDER & PACIFIC RAILWAY CO. C. A. 5th Cir. Certiorari denied.

No. 74–969. OLYMPIC FASTENING SYSTEMS, INC. *v.* TEXTRON, INC. C. A. 6th Cir. Certiorari denied.

No. 74–971. BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF NEW YORK *v.* NEWMAN. C. A. 2d Cir. Certiorari denied.

No. 74–983. MALONEY, DBA APALACHICOLA TIMES *v.* GIBSON ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 74–5472. NUDD *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.